## Jarvis vs. Palmer.

A decree or order entered by consent of both parties, before a vice chancellor, cannot be appealed from, although both parties consent that either may appeal.

This was an appeal from an order purporting to have been made by the vice chancellor of the first circuit, but which was made by the consent of the counsel for both parties. The consent to the order also contained an express stipulation, that such consent was to be without prejudice to the right of either party to appeal from such order.

*R. F. Winslow*, for the appellant.

*Charles Edwards*, for the respondent.

The Chancellor. The court is only authorized to hear appeals from decisions actually made by vice chancellors. The parties cannot, by consent, have a decree, or order, entered, with liberty to appeal from the same. The appellate court cannot, in this way, be compelled to take original jurisdiction and decide questions pending before a vice chancellor.

The appeal being unauthorized must be dismissed, but being by consent it must be without costs to either party.